# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hale, David J. | U.S. District Court, Western Kentucky | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Kentucky 40202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Advisory Board | Judge John G. Heyburn II Initiative for Excellence in the Federal Judiciary |
| 2. | Member, Board of Directors | Federal Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Baptist Health - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 5-8, 2018 | Washington, DC | Board of Directors Meeting and Quadrennial Conference | Partial reimbursement for travel, hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Transylvania University | Tuition payment plan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Financial Bank Accounts (see Note 1 in Part VIII) | A | Interest | K | T | | | | | |
| 2. Investment Account (H) | | | | | | | | | |
| 3. Legg Mason Funds Clearbridge Dividend Strategy Fd Class I | C | Dividend | K | T | Sold (part) | 01/30/18 | J | A | |
| 4. | | | | | Sold (part) | 04/13/18 | J | B | |
| 5. | | | | | Sold (part) | 04/16/18 | J | A | |
| 6. | | | | | Sold (part) | 08/07/18 | J | A | |
| 7. | | | | | Sold (part) | 08/21/18 | J | B | |
| 8. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 9. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 10. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 11. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 12. Virtus Funds KAR Small Cap Core Fund Class I | B | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 13. | | | | | Sold (part) | 04/13/18 | J | B | |
| 14. | | | | | Sold (part) | 08/07/18 | J | A | |
| 15. | | | | | Sold (part) | 08/21/18 | J | B | |
| 16. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 17. Wells Fargo Cash Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason Funds Clearbridge Aggressive Growth Fd Class I | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 19. | | | | | Sold (part) | 04/13/18 | J | B | |
| 20. | | | | | Sold (part) | 08/07/18 | J | A | |
| 21. | | | | | Sold (part) | 08/21/18 | J | B | |
| 22. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 23. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 24. Blackrock Funds IShares S&P 500 Index Fd | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 25. | | | | | Sold (part) | 04/13/18 | J | B | |
| 26. | | | | | Sold (part) | 08/07/18 | J | A | |
| 27. | | | | | Sold (part) | 08/21/18 | J | B | |
| 28. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 29. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 30. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 31. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 32. Retirement Accounts (H) | | | | | | | | | |
| 33. Vanguard Inst'l Target Retirement 2035 Fund (see Note 2 in Part VIII) | A | Dividend | K | T | | | | | |
| 34. Vanguard Target Retirement 2035 Trust I (see Note 2 in Part VIII) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Legg Mason Funds Clearbridge Aggressive Growth Fd Class I | A | Dividend | K | T | Buy (add'l) | 10/03/18 | J | | |
| 36. Blackrock Funds IShares S&P 500 Index Fd | A | Dividend | K | T | Buy (add'l) | 10/03/18 | J | | |
| 37. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 38. Legg Mason Funds Clearbridge Appreciation Fund Class I | A | Dividend | K | T | Buy (add'l) | 10/03/18 | J | | |
| 39. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 40. Legg Mason Funds Clearbridge Dividend Strategy Fd Class I | B | Dividend | L | T | Buy (add'l) | 03/29/18 | J | | |
| 41. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 42. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 44. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 45. Virtus Funds KAR Small Cap Core Fund Class I | A | Dividend | K | T | Buy (add'l) | 10/03/18 | J | | |
| 46. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 47. Virtus Vontobel Emerging Markets Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 03/16/18 | J | | |
| 48. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 49. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 50. Wells Fargo Cash Accounts | A | Interest | J | T | | | | | |
| 51. Goldman Sachs Financial Square Treasury Instruments Fund (money market | A | Interest | J | T | Open | 03/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Aberdeen Emerging Markets Fd Inst'l Class I | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 53. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 54. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 55. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 56. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 57. Lazard International Equity Portfolio Institutional Shares | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 58. | | | | | Buy (add'l) | 08/22/18 | J | | |
| 59. American Funds Europacific Growth Fund | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 60. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 61. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 62. American Funds Growth Fd of America Class F-2 | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 63. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 64. | | | | | Sold (part) | 09/17/18 | J | A | |
| 65. Hartford Mutual Funds Midcap Fd | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 66. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 67. Edgewood Funds Growth Fd Inst'l Class | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 68. | | | | | Buy (add'l) | 10/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 70. Touchstone Funds Mid Cap Value Fd ClassY | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 71. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 72. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 73. | | | | | Sold (part) | 09/17/18 | J | A | |
| 74. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 75. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 76. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 77. Meridian Funds Small Cap Growth Fund | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 78. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 79. Dean Small Cap Value Fd Class I | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 80. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 81. Metropolitan West Funds Total Return Bd Fd Class I | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 82. | | | | | Sold (part) | 06/22/18 | J | A | |
| 83. Pimco Funds Emerging Markets Bd Fd Inst'l Class | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 84. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 85. | | | | | Buy (add'l) | 08/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/17/18 | J | | |
| 87. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 88. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 89. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 90. Principal Global Real Estate Securities Fd | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 91. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 92. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 93. | | | | | Sold (part) | 10/30/18 | J | A | |
| 94. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 95. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 96. Invesco Balanced Risk Commodity Strategy Fd Class Y | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 97. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 98. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 99. Diamond Hill Funds Large Cap Fd Class I | A | Dividend | J | T | Buy | 03/16/18 | J | | |
| 100. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 101. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 102. Nuveen Investment Funds Real Estate Securities Class I | A | Dividend | | | Buy | 03/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/22/18 | J | A | |
| 104. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, David J. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes regarding Part VII, as indicated therein:

Note 1: On April 2, 2018 Mainsource Bank merged into First Financial Bank. As a result of this merger, my accounts at Mainsource Bank automatically converted to First Financial Bank. No closure or opening of an account occurred.

Note 2: These funds are managed in my spouse's employer-sponsored retirement plans (a Thrift plan and a 403(b) plan). They replaced the funds listed in the 2017 report, Part VII, line 4, Fidelity Freedom K 2035 Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David J. Hale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544